UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY PRICE, | Case No.: 3:20-CV-00609-RCJ-WGC |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 8) |
| v. | |
| WASHOE COUNTY JAIL, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb, (ECF No. 8[1]) entered on August 17, 2021, recommending that the Court grant Plaintiff's IFP application (ECF No. 1).

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 8) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's IFP application (ECF No. 1) is **GRANTED,** and the Clerk of the Court shall file the Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that Defendants Sparks Justice Court and Reno Justice Court are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Washoe County Detention Facility is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** to the extent Plaintiff attempts to assert a claim against Washoe County and NaphCare for violation of the fourteenth Amendment concerning his not be tested for Covid-19 and social distancing measures in the mail, the claim is **DISMISSED WITH LEAVE TO AMEND.**

**IT IS FURTHER ORDERED** that Plaintiff's claims that his right to a speedy trial and right to counsel in his criminal case have been violated so that he may raise them in his criminal proceeding or in a post-conviction or habeas petition after exhausting all required remedies are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff is given 30 days from entry of this Order to file an amended complaint correcting the deficiencies noted in the Report and Recommendation (ECF No. 8).

**IT IS SO ORDERED** dated this 10th day of September 2021.

_____
ROBERT C. JONES
United States District Judge