# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY PRICE,<br><br>          Plaintiff,<br>     v.<br><br>STATE OF NEVADA, et al.,<br><br>          Defendants. | 3:20-cv-00609-RCJ-CSD<br><br>**ORDER** |

On October 17, 2022, the U.S. Marshal Service attempted to serve Defendant Washoe County at the Washoe County Jail, 911 Parr Boulevard, Reno, Nevada. It appears from the court's docket that U.S. Marshal Service was unable to complete service and returned the summons unexecuted with the notation "WCDF does not accept process for 'County of Washoe'". (ECF No. 32-1 at 2.)

Through a search of public records, the court has identified an address for Washoe County Administration as follows:

> Washoe County Clerk's Office
> 1001 E. 9th Street, Bldg. A
> Reno, NV 89512

**IT IS HEREBY ORDERED** that the Clerk shall issue a summons for **Washoe County** and send the same to the U.S. Marshal with the address listed above. The Clerk shall also send one (1) copy of the court's Screening Order (ECF No. 28), one (1) copy of the Amended Complaint (ECF No. 23), and one (1) copy of this Order to the U.S. Marshal for service on Washoe County. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that if Defendant Washoe County is not served by December 27, 2022,[1] they may be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED: November 22, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This date represents 90 days from the court's screening order on Plaintiff's amended complaint (ECF No. 28).