**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY PRICE,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 3:20-cv-00609-RCJ-CSD

**Order**

When Plaintiff filed this action he was in the custody of the Washoe County Detention Facility. (ECF No. 1.) He filed a pro se civil rights action under 42 U.S.C. § 1983. (*Id*.) He was then in the custody of the Nevada Department of Corrections (*see* ECF No. 27, 34, 38). On March 21, 2023, he filed a notice of change of address indicating he is out of custody (ECF No. 87).

The court screened his amended complaint and allowed him to proceed with a Fourteenth Amendment claim for unsafe conditions of confinement related to COVID-19 policies against Washoe County and Naphcare, (ECF No. 28.)

As mentioned above, on March 21, 2023, Plaintiff filed his latest notice of change of address indicating he was residing at N. Sierra Street in Reno, Nevada. (ECF No. 87.)

On March 27, 2023, the court issued an order denying as moot Plaintiff's motion to stay claims and discovery of medical records. (ECF No. 88.) That order was returned as undeliverable. (ECF No. 89.)

A party must immediately file with the court written notification of any change of contact information, and failure to comply with this rule may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court. LR IA 3-1.

Plaintiff is well aware of this obligation as he has filed numerous notices of his address change throughout the pendency of this case. (*See* ECF Nos. 27, 34, 38, 60, 83, 87.)

Plaintiff has up to and including **April 26, 2023** to file and serve a notice of change of address. A failure to do so will result in a recommendation that this action be dismissed with prejudice under Local Rule IA 3-1.

**IT IS SO ORDERED**.

Dated: April 5, 2023

_____
Craig S. Denney
United States Magistrate Judge