UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY PRICE,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>        Defendants. | Case No.: 3:20-CV-00609-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 92) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 92[1]) entered on May 1, 2023, recommending that the Court dismiss this action with prejudice, and deny as moot the pending dispositive motions (ECF Nos. 44, 57, 59).  No objection to the Report and Recommendation has been filed.

      This action was referred to Magistrate Judge Denny under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation (ECF No. 92) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the pending dispositive motions (ECF Nos. 44, 57, 59) are **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

Dated this 22ND day of May 2023.

```
_____
        ROBERT C. JONES
   Senior United States District Judge
```